Tracy A. Warren CA Bar No. 228013
tracy.warren@ogletree.com
J. Patrick Allen CA Bar No. 268130
patrick.allen@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
402 W. Broadway, Suite 400
San Diego, CA   92101
Telephone:   858.652.3100
Facsimile:   858.652.3101

Attorneys for Defendant
FREEWAY INSURANCE SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ZARIAN,<br><br>            Plaintiff,<br><br>       v.<br><br>VIGEN YAGHOBI;<br>ARAKS MAHMOUDI;<br>FREEWAY INSURANCE SERVICES, INC., a California Corporation, and DOES 1-10<br><br>            Defendants. | Case No. 8:17-cv-00087-DOC-KES<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:   January 19, 2017 |

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that the above-entitled case has settled, and that the parties are in the process of finalizing the settlement documents.

DATED:  June 6, 2017                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  */s/ Tracy A. Warren*
     Tracy A. Warren
     J. Patrick Allen
     Attorneys for Defendant
     FREEWAY INSURANCE
     SERVICES, INC.

30071221.1

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California; I am over the age of 18 years and not a party to this action. My business address is 402 W. Broadway, Suite 400, San Diego, California 92101.

On June 6, 2017, I served the following document(s) described as:

**NOTICE OF SETTLEMENT**

With the Clerk of the United States District Court of the Central District of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| Addressee(s) and E-Mail Address(es) | |
| --- | --- |
| Raymond George Ballister, Jr., Esq. rayballister@potterhandy.com | |
| Phyl Grace, Esq. phylg@potterhandy.com | |
| Russell C. Handy, Esq. russ@potterhandy.com | |
| Dennis J. Price, II, Esq. dennisP@potterhandy.com | |

☒    (Federal)    I declare that I am a member of the Bar of this Court. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 6, 2017, at San Diego, California.

Tracy A. Warren _____    /s/ Tracy A. Warren _____

Type or Print Name                                    Signature